**William Harlan PANTHER, Petitioner–Appellant,**

v.

**L. JARVIS, Warden, Bland Correctional Center, Respondent–Appellee.**

**No. 02–7391.**

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 7, 2002.

Decided Nov. 15, 2002.

William Harlan Panther, Appellant Pro Se. Richard Bain Smith, Assistant Attorney General, Richmond, Virginia, for Appellee.

Before WILKINS and LUTTIG, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

William Harlan Panther seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and conclude for the reasons stated by the district court that Panther has not made a substantial showing of the denial of a constitutional right. *See Panther v. Jarvis,* No. CA–01–712–7 (W.D.Va. Sept. 9, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*